# The Law Offices of William Bonilla, P.C.

ATTORNEYS AT LAW

2727 MORGAN AVENUE, 3RD FLOOR
CORPUS CHRISTI, TEXAS 78405-1821

PHONE 361/882-8284
FAX 361/881-1031
www.BonillaLawFirm.com
email:
BonillaLaw@AOL.COM

ATTORNEYS
WILLIAM CLAYTON BONILLA
JEFFREY GRIME
LOUIS DURBIN

September 14, 2015

FILED
IN THE 13TH COURT OF APPEALS
EDINBURG

SEP 18 2015

DORIAN E. RAMIREZ, CLERK
BY_____

Ms. Dorian E. Ramirez
Clerk, 13th Court of Appeals
Hidalgo County
Administration Building
100 East Cano, 5th Floor
Edinburg, TX 78539

RE : Cause No. 13-15-00389-CV
Tr.Ct.No. CL-13-2729-B
Style : Ramon Ruben Garza, as Heir of
Concepcion Garza Zamora,
Juanita Garza Zamora and
Eugenia G. Garza
v. Maria I.Z. Diaz, Ph. D., et al

Dear Ms. Ramirez:

Please find enclosed our firm's check in the amount of $195.00 representing the filing fee of the Notice of Appeal. I have also attached a copy of your letter dated September 09, 2015 for reference.

Thank you for your courtesies.

Yours very truly,

Jeffrey J. Grime
Attorney at Law

JJG:dmg
Enclosures

2015\15-1218\letters\13th Court of Appeals.091415

RECEIVED

SEP 18 2015

13TH COURT OF APPEALS

Founded by William D. Bonilla Sr. in 1953

CHIEF JUSTICE
ROGELIO VALDEZ

JUSTICES
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

CLERK
DORIAN E. RAMIREZ



# Court of Appeals

## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401

361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

www.txcourts.gov/13thcoa

September 11, 2015

Hon. Jeffrey J. Grime
Law Office of William D. Bonilla
2727 Morgan Ave., 3rd Floor
Corpus Christi, TX 78405
* DELIVERED VIA E-MAIL *

Re:      Cause No. 13-15-00389-CV
Tr.Ct.No. CL-13-2729-B
Style:    Ramon Ruben Garza, as heir of Concepcion Garza Zamora, Juanita Garza Zamora and Eugenia G. Garza v. Maria I. Z. Diaz, Ph.D., et al.

Dear Mr. Grime:

Our records reflect that you are delinquent in remitting a $195.00 filing fee due in our Court for the filing of the notice of appeal. You have previously been notified that this filing fee is due. Pursuant to TEX. R. APP. P. 42.3(c), notice is hereby given that this appeal is subject to dismissal because appellant has failed to comply with this Court's previous notice regarding the filing fee in this matter. If the filing fee is not paid within 10 days from the date of this notice, this appeal will be dismissed.

Your prompt attention to this matter is appreciated.

Very truly yours,

Dorian E. Ramirez, Clerk

DER:pf

cc:   Hon.  Mark M. Talbot (DELIVERED VIA E-MAIL)